FILED: September 15, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-6868
(5:09-cr-00202-D-3)
_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

DONNELL DEMETRIUS STANFORD, a/k/a D

    Defendant - Appellant

_____

M A N D A T E
_____

The judgment of this court, entered August 24, 2021, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*