UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Donnell Demetrius Stanford**  Docket No. 5:09-CR-202-3D

## Petition for Action on Supervised Release

COMES NOW John Seth Coleman, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Donnell Demetrius Stanford, who, upon an earlier plea of guilty to Count 1 - Conspiracy to Possess With the Intent to Distribute More Than 50 Grams of Cocaine Base (Crack) and More Than 500 Grams of Cocaine, in violation of 21 U.S.C. § 846 and Count 3 - Possession With the Intent to Distribute More Than 50 Grams of Cocaine Base (Crack) and a Quantity of Cocaine, in violation of 21 U.S.C. § 841(a)(l), was sentenced by the Honorable James C. Dever III, U.S. District Judge, on October 4, 2011, to the custody of the Bureau of Prisons for a term of 360 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 10 years. The defendant was granted an Executive Order of Clemency, ordering the term of imprisonment to expire on July 16, 2025. Donnell Demetrius Stanford was released from custody on July 16, 2025, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant agrees that participation in a program of cognitive behavioral treatment could be beneficial to him. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ John Seth Coleman
John Seth Coleman
U.S. Probation Officer
150 Rowan Street Suite 110
Fayetteville, NC 28301
Phone: 910-354-2545
Executed On: February 6, 2026

### ORDER OF THE COURT

Considered and ordered this __9__ day of __February__, 2026, and ordered filed and made a part of the records in the above case.

James C. Dever III
U.S. District Judge